**94–672.** Fahnbulleh v. Strahan. *Franklin County*, No. 93AP–956. On motion to strike and on motion to dismiss. Motions denied.

**94–1072.** Tent v. Metro Bldrs., Inc. *Cuyahoga County*, No. 63799. On motion for sanctions against Michael Troy Watson, Esq. Motion granted.

PFEIFER, J., would refer to a master commissioner for the taking of evidence.

F.E. SWEENEY, J., dissents.

*Sua sponte*, this matter is referred to the Disciplinary Counsel.

WRIGHT and F.E. SWEENEY, JJ., dissent.

PFEIFER, J., not participating.

**94–1650.** Jackson v. Plainville Concrete, Inc. *Clermont County*, No. CA93–10–075. On motion to vacate. Motion denied.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**94–1743.** State ex rel. Parsons Constr., Inc. v. Moyer. In Mandamus. On motion to dismiss. *Sua sponte*, alternative writ granted.

**94–1946.** Brookbank v. Gray. *Hamilton County*, No. C–930312. On review of order certifying conflict. The court determines that a conflict exists; the parties are to brief the issue of whether or not paternity can be established after the death of a putative father.

**94–2013.** State v. Bryant. *Cuyahoga County*, No. 65614. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–2025.** Ins. Co. of N. Am. v. Gould, Inc. *Cuyahoga County*, Nos. 66595, 66675, 66681, 66693 and 66701. On motion for *pro hac vice* admission of John L. Altieri, Jr. and on motion for *pro hac vice* admission of Michael J. Sehr. Motions granted.

**94–2037.** State v. Martin. *Cuyahoga County*, No. 64421. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94–2053.** State v. Arnett. *Scioto County*, No. 2135. On motion for leave to file delayed appeal. Motion denied.

**94–2057.** State v. Lentz. *Lucas County*, No. L–93–206. On motion for leave to file delayed appeal. Motion denied.

**94–2074.** State v. Murphy. *Hamilton County*, No. C–930392. On motion for leave to file delayed appeal. Motion denied.

**94–2102.** State v. Peeples. *Cuyahoga County*, No. 54708. On motion for leave to file delayed appeal. Motion denied.

**94–2112.** State v. Bell. *Franklin County*, No. 88AP–420. On motion for leave to file delayed appeal. Motion denied.

**94–2161.** Toledo Blank, Inc. v. Pioneer Steel Serv. Co. *Lucas County*, No. L–92–362. On review of order certifying conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Judgment Entry, filed September 12, 1994.

RESNICK, J., not participating.

**94–2168.** Frazier v. Columbus Bd. of Edn. *Franklin County*, No. 93APE11–1534. On review of order certifying conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry, filed September 30, 1994.